NUMBER 13-08-00345-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JOE LEE RUBIO, Appellant,


v.




EDUARDO CAMPIRANO, SECRETARY 

OF THE TEXAS SOUTHMOST COLLEGE 

DISTRICT, AND THE BOARD OF TRUSTEES OF 

TEXAS SOUTHMOST COLLEGE DISTRICT, Appellees. 

 

_____________________________________________________________


On Appeal from the 107th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam


 Appellant, Joe Lee Rubio, perfected an appeal from a judgment entered by the
107th District Court of Cameron County, Texas, in cause number 2008-03-1697-A. The
case involves the appellant's eligibility to run for the Board of Trustees of Texas Southmost
College District. This case is before the Court on appellees' motion to dismiss appeal as
moot. No response has been filed by the appellant. 

 The Court, having considered the documents on file and appellees' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellees' motion to dismiss is GRANTED, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). 


 PER CURIAM


Memorandum Opinion delivered and

filed this the 30th day of October, 2008.